ACCEPTED
03-14-00197-CV
4770639
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 1:42:45 PM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

### A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD
——————————
Attorneys at Law
——————————
*Board Certified in Tax Law
Texas Board of Legal
Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR
DANIEL V. AHLRICH
ALISON A. HILL
——————————
Attorneys at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 1:42:45 PM
JEFFREY D. KYLE
Clerk

April 6, 2015

**<u>Via E-Filing</u>**
Court of Appeals
Third District of Texas
Attn: Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

   Re: No. 03-14-00197-CV, *Graphic Packaging Corporation v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*

Dear Mr. Kyle:

  In accordance with the Clerk's request, please accept this letter as notification that Amy L. Silverstein of Silverstein & Pomerantz, LLP (admitted as *pro hac vice* counsel) intends to present oral argument on behalf of Appellant, Graphic Packaging Corporation, on June 3, 2015 at 9:00 am.

     Sincerely,

     MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

     By: */s/ Amanda Taylor*

     Amanda Garrett Taylor
     ataylor@textaxlaw.com
     Texas Bar No. 24045921

cc: **<u>Via E-mail/E-service to:</u>**

Rance Craft, rance.craft@texasattorneygeneral.gov
Cynthia A. Morales, cynthia.morales@texasattorneygeneral.gov
*Counsel for Appellees Hegar and Paxton*